Rel: February 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0338

Estate of Theresa Henry, Jonathan Henry, Markeisha Dearman, and Joanne Williams v. Phonesworth, LLC, and PNC Bank (Calhoun Circuit Court: CV-22-900316).

MITCHELL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and McCool, JJ., concur.